UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Jesus Nevarez

                                              Plaintiff,

v.                                                         Case No.: 1:18−cv−04715
                                                          Honorable Jorge L. Alonso

Midwest Goods, Inc. d/b/a Midwest Distribution Illinois

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 24, 2019:

       MINUTE entry before the Honorable Jorge L. Alonso: An agreed stipulation of dismissal has been filed. This case is dismissed with prejudice. Status hearing previously set for 5/30/19 is stricken. Civil Case Terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.